AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DENISE A. BRUCE

                                Case Number:   1:09-cv-00637

     V.

TOWNSHIP OF WEST CHESTER, OHIO        Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the PRELIMINARY PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Chambers, Room 838 |
| | DATE AND TIME |
| | DECEMBER 10, 2009 at 10:30 AM |

SPECIAL INSTRUCTIONS:

1.     Rule 26(f) Conference should be held by NOVEMBER 19, 2009

2.     Filing of Rule 26(f) Report by DECEMBER 3, 2009

                                                JAMES BONINI, CLERK

                                                s/Kevin Moser
                                                Kevin Moser
                                                Case Manager
                                                (513) 564-7620

cc: Marc Mezibov, Esq.    Susan Lawrence, Esq.    Catherine Reed, Esq.    Kasey Bond, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.