**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENISE BRUCE,
    Plaintiff,                                      **Civil Action No: 1:9CV637**

vs.

                                                **CALENDAR ORDER**

TOWNSHIP OF WEST CHESTER, OHIO,     Black, M.J.
    Defendants.

This consent case shall proceed as follows:

| | |
|---|---|
| Deadline to move to amend the pleadings and/or add parties | 1/8/10 |
| Deadline for disclosure of primary expert(s) | 3/5/10 |
| Deadline for report of primary expert(s) | 4/5/10 |
| Deadline for disclosure of responsive expert(s) | 4/23/10 |
| Deadline for report of responsive expert(s) | 5/23/10 |
| Discovery deadline: | 9/17/10 |
| Dispositive motion deadline: | 10/22/10 |
| Pretrial Conference: | 11/19/10 @ 11:00 a.m. |

     Dates for the Final Pretrial Conference and Trial will be set at the Pretrial Conference. The parties should consult Pretrial and Trial Procedures for Magistrate Judge Black at www.ohsd.uscourts.gov.

Date:  11/23/09                       **/s/Timothy S. Black**

                                         Timothy S. Black
                                         United States Magistrate Judge